# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> BORDEN, GRAY M. | **2. Court or Organization** <br><br> UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF ALABAMA | **3. Date of Report** <br><br> 04/27/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> MAGISTRATE JUDGE (FULL-TIME) | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination　　Date <br> ☐ Initial　☑ Annual　☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　TRUSTEE | ▨▨ IRREVOCABLE TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | WAGES FROM UNIVERSITY OF ALABAMA | $1,500.03 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | WAGES FROM ALABAMA POWER COMPANY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | RL INVESTMENT PROPERTY, LLC | CABIN RENTAL | K |
| 2. | REGIONS BANK | MORTGAGE FOR RENTAL PROPERTY | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. SO Common | A | Dividend | J | T | | | | | |
| 3. NXPI Common | A | Dividend | J | T | | | | | |
| 4. GE Common | A | Dividend | J | T | | | | | |
| 5. Charles Schwab Deposit Accounts | A | Interest | J | T | | | | | |
| 6. HD Common | A | Dividend | J | T | | | | | |
| 7. ADM Common | A | Dividend | J | T | | | | | |
| 8. HON Common | A | Dividend | J | T | | | | | |
| 9. ServisFirst Bancshs (X) | | None | J | T | | | | | |
| 10. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 11. VNSYX | | None | | | Sold | 03/12/20 | J | A | |
| 12. Wells Fargo Intermediate Tax/AMTFree Fund | A | Dividend | L | T | | | | | |
| 13. SPY | A | Dividend | K | T | | | | | |
| 14. AFNIX | A | Dividend | | | Sold | 07/09/20 | J | B | |
| 15. TRBCX | A | Dividend | K | T | | | | | |
| 16. UBS BANK USA DEP ACCT | A | Interest | L | T | | | | | |
| 17. UBS Select Prime Investor Fund (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fastly, Inc. | | None | K | T | Buy | 07/13/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 20. Peloton Interactive, Inc. | | None | M | T | Buy | 03/11/20 | K | | |
| 21. Roku Inc. | | None | K | T | Buy | 05/15/20 | J | | |
| 22. Vanguard Growth ETF | A | Dividend | L | T | Buy | 03/12/20 | K | | |
| 23. AKRE Focus Fund Class Instl | | None | K | T | Buy | 07/09/20 | K | | |
| 24. Vanguard Dividend Growth Fund | B | Dividend | L | T | Buy | 03/12/20 | K | | |
| 25. IRA #1 (H) | | | | | | | | | |
| 26. UBS Bank USA Dep Account | A | Interest | J | T | | | | | |
| 27. Invesco S&P 500 Equal Weight ETF | A | Dividend | K | T | | | | | |
| 28. Ishares Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 29. John Hancock Multi-Factor Mid Cap | A | Dividend | J | T | | | | | |
| 30. Vanguard Growth ETF | A | Dividend | K | T | | | | | |
| 31. AAM/BAHL & Gaynor Income Growth<br>Fund | A | Dividend | | | Sold | 02/27/20 | K | C | |
| 32. Columbia Small Cap Growth Fund | | None | K | T | | | | | |
| 33. DFA International Core Equity Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard Dividend Growth Fund | A | Dividend | K | T | Buy | 02/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Servis1st Bank Accounts | A | Interest | L | T | | | | | |
| 36. | KO Common | A | Dividend | J | T | | | | | |
| 37. | Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 38. | IRA #2 (H) | | | | | | | | | |
| 39. | UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 40. | Invesco S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 41. | Ishares Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 42. | John Hancock Multi-Factor Mid Cap ETF | A | Dividend | J | T | | | | | |
| 43. | Vanguard Growth ETF | A | Dividend | K | T | | | | | |
| 44. | AAM/BAHL & Gaynor Income Growth Fund | A | Dividend | | | Sold | 02/27/20 | K | A | |
| 45. | Columbia Small Cap Growth Fund I | | None | K | T | | | | | |
| 46. | DFA International Core Equity Fund Class I | A | Dividend | J | T | | | | | |
| 47. | Vanguard Dividend Growth Fund | A | Dividend | K | T | Buy | 02/27/20 | K | | |
| 48. | IRA #3 (H) | | | | | | | | | |
| 49. | UBS BANK USA DEP ACCT | | None | J | T | | | | | |
| 50. | Accenture PLC Ireland Cl A | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 51. | Adobe Inc | | None | | | Sold | 08/03/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Alphabet Inc Cl A | | None | | | Sold | 07/27/20 | J | B | |
| 53. AMZN Common | | None | | | Sold | 08/03/20 | K | D | |
| 54. American Tower Corp REIT | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 55. Ameriprise Financial Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 56. Boeing Company | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 57. Comcast Corp | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 58. Costco Wholesale Corp | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 59. Danaher Corp | A | Dividend | | | Sold | 08/03/20 | J | B | |
| 60. Facebook Inc Cl A | | None | | | Sold | 07/27/20 | J | D | |
| 61. Fidelity Natl Information Svcs | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 62. Home Depot Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 63. Honeywell Intl Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 64. Intercontinentalexchange Group | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 65. Lauder Estee Cos Cl A | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 66. Lowes Companies | A | Dividend | | | Sold | 08/03/20 | J | B | |
| 67. Medtronic PLC | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 68. Microsoft Corp | A | Dividend | | | Sold | 08/03/20 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Mondelez Intl Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 70. | O Reilly Automotive | | None | | | Sold | 08/03/20 | J | A | |
| 71. | Parker Hannifin Corp | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 72. | Rockwell Automation Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 73. | Thermo Fisher Scientific Inc | A | Dividend | | | Sold | 08/03/20 | J | B | |
| 74. | TJX Cos Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 75. | Unitedhealth Group | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 76. | Visa Inc | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 77. | Walt Disney Co (Holding Co) Disney Com | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 78. | VOO | B | Dividend | L | T | Sold<br>(part) | 08/03/20 | K | D | |
| 79. | AAM/BAHL & Gaynor Income Growth Fund | | None | | | Sold | 02/27/20 | L | A | |
| 80. | Columbia Small Cap Growth Fund | | None | L | T | Sold<br>(part) | 08/03/20 | K | D | |
| 81. | DFA International Core Equity Fund | B | Dividend | L | T | Sold<br>(part) | 07/27/20 | J | A | |
| 82. | | | | | | Buy<br>(add'l) | 08/03/20 | K | | |
| 83. | Vanguard Growth ETF | A | Dividend | K | T | Buy | 08/03/20 | K | | |
| 84. | AKRE Focus Fund Class Instl | | None | M | T | Buy | 08/03/20 | M | | |
| 85. | Vanguard Dividend Growth Fund | B | Dividend | L | T | Buy | 02/28/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 87. 401(k) (H) | | | | | | | | | |
| 88. Vanguard Institutional 500 Index | A | Dividend | M | T | | | | | |
| 89. BlackRock EAFE Equity Index Fund | A | Dividend | L | T | | | | | |
| 90. BlackRock Russell 2000 Index Fund | A | Dividend | L | T | | | | | |
| 91. ACP2 - Southern Company Supplemental Benefit | | None | J | T | | | | | |
| 92. Def. Comp. - Southern Company Stock Equivalent | A | Dividend | J | T | | | | | |
| 93. 529 Fund #1 - Utah Educational Savings Plan (H) | | | | | | | | | |
| 94. Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 95. Vanguard Developed Markets Index | A | Dividend | J | T | | | | | |
| 96. Vanguard Emerging Mkt Stock Index | A | Dividend | J | T | | | | | |
| 97. Vanguard Short-Term Investment Grade | A | Dividend | J | T | | | | | |
| 98. Vanguard Total Bond Market Index | A | Dividend | J | T | | | | | |
| 99. Vanguard Total International Bond Index | A | Dividend | J | T | | | | | |
| 100. 529 Fund #2 - Utah Educational Savings Plan (H) | | | | | | | | | |
| 101. Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 102. Vanguard Developed Markets Index | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Vanguard Emerging Mkt Stock Index | A | Dividend | J | T | | | | | |
| 104. Vanguard Total Bond Market Index | A | Dividend | J | T | | | | | |
| 105. Vanguard Short-Term Invest-Grade | A | Dividend | J | T | | | | | |
| 106. Vanguard Total International Bond Index | A | Dividend | J | T | | | | | |
| 107. Pimco Interest Income Fund | | None | J | T | | | | | |
| 108. 529 Fund #3 - Utah Educational Savings Plan (H) | | | | | | | | | |
| 109. Vanguard Institutional Index | A | Dividend | K | T | | | | | |
| 110. Notch 8 Investments, LLC (H) | | | | | | | | | |
| 111. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 112. Southern Company | D | Dividend | M | T | Sold (part) | 08/04/20 | M | A | |
| 113. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 114. | | | | | Buy (add'l) | 02/13/20 | J | | |
| 115. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 116. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 117. | | | | | Buy (add'l) | 09/08/20 | M | | |
| 118. UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 119. Rental Property, Montgomery County, AL (X) | D | Rent | M | V | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BORDEN, GRAY M.** | 04/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. ▢ Irrevocable Trust #1, as disclosed in Part 1, is omitted from Part VII because it has minimal assets held in trust and no reportable individual assets subject to disclosure. This Trust was closed in 2020.

2. The Montgomery County, AL rental property listed on line 119 of Part VII is being valued at the amount per the county property tax appraisal.

| Name of Person Reporting | Date of Report |
|---|---|
| BORDEN, GRAY M. | 04/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAY M. BORDEN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544